No opinion. Order affirmed, with costs. Order filed.

---

SELTZER v. STEIN. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by Sidney Seltzer, an infant, etc., against Jacob Stein. No opinion. Application denied, with $10 costs. Order signed. See, also, 140 N. Y. Supp. 92.

---

SEMMELMAN, Appellant, v. MUTUAL LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Rae Semmelman, as administratrix, against the Mutual Life Insurance Company. C. J. Heermance, of New York City, for appellant. M. Downs, of Albany, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

SEYMOUR et al., Respondents, v. CROWLEY, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by William Seymour and others against Andrew J. Crowley. No opinion. Judgment of the County Court of Westchester County modified, by deducting therefrom the sum of $5.25, with interest thereon from January 10, 1910, and, as thus modified, judgment and order unanimously affirmed, without costs.

---

SHERWIN, Respondent, v. TUNICK, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Action by Manuel Sherwin against Louis Tunick. No opinion. Final and interlocutory judgments and order affirmed, with costs.

---

SHIEBLER, Appellant, v. SUFFOLK GAS & ELECTRIC LIGHT CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by Marvin Shiebler against the Suffolk Gas & Electric Light Company.

PER CURIAM. Prior to the amendment of the calendar rules on October 18, 1912, under authority of Sprague v. Tangier Development Co., 152 App. Div. 921, 137 N. Y. Supp. 745, we think that plaintiff was entitled to the preference asked for. Order reversed, and motion for a preference granted; but, in view of the unsettled state of the law at the time that the application was made, such reversal should be without costs.

HIRSCHBERG, J., dissents.

---

SHOBER, Respondent, v. ROYAL INS. CO., Limited, Appellant. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Eleanor Shober against the Royal Insurance Company, Limited. R. Reubenstein, of New York City, for appellant. H. C. Kayser, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Motion to dismiss appeal denied, without costs. Orders filed.

---

SHORWITZ, Respondent, v. CAMINEZ, Appellant. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) In the matter of supplementary proceedings, Joseph Shorwitz against Jacob Caminez.

PER CURIAM. Order of the County Court of Kings County reversed, with 10 costs and disbursements, and motion denied, with $10 costs, upon the authority of Gibbs v. Prindle, 11 App. Div. 470, 42 N. Y. Supp. 329, Smith v. Cayuga Lake Cement Co., 107 App. Div. 524, 95 N. Y. Supp. 236, Webb v. Parker, 130 App. Div. 92, 114 N. Y. Supp. 489, and Kretsch v. Denofrio, 137 App. Div. 617, 122 N. Y. Supp. 242. See, also, 152 App. Div. 758, 137 N. Y. Supp. 545.

---

SIDWAY, Respondent, v. SIDWAY, Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by Mary S. Sidway against Harold S. Sidway. No opinion. Motion for leave to file exceptions nunc pro tunc granted, on condition that within five days appellant pay to plaintiff's attorneys the sum of $750, to be credited upon the arrears of alimony. See, also, 139 N. Y. Supp. 1144.

---

SILBERMAN, Appellant, v. SCHER, Respondent. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by Ida Silberman against Louis Scher.

PER CURIAM. The contention that respondent's proceedings are stayed by the nonpayment of costs on appeal from the orders referred to seems to be well supported, and such proceedings are stayed until defendant either pays the same, or makes a motion to offset the amount of these costs against the judgment in his favor against the plaintiff. For this reason, and because the case on appeal has not yet been settled, the motions to dismiss the appeals in this action are denied, but without prejudice to renewal thereof after the case has been settled, and upon further papers. See, also, 139 N. Y. Supp. 1144.

---

In re SIMPKINS. (Supreme Court, Appellate Division, First Department. March 28, 1913.) In the matter of Charles S. Simpkins, an attorney. No opinion. Motion granted. Settle order on notice. See, also, 139 N. Y. Supp. 1145.

---

SIMS et al., Appellants, v. OWSLEY, Respondent. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Charles Sims and others against Louis S. Owsley, as executor. C. G. Walter, of New York City, for appellants. A. H. Van Brunt, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.